IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN D. ROWE                                                  PLAINTIFF

v.                         No. 1:13-cv-105-DPM-JJV

MARK COUNTS, Sheriff, Sharp County             DEFENDANT

### ORDER

Unopposed recommendation, № 4, adopted as modified. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Rowe's complaint is dismissed without prejudice for failure to state a claim. The dismissal counts as a "strike." 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2014