## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JONATHAN D. ROWE**                                    **PLAINTIFF**

**v.**                          **No. 1:13-cv-105-DPM**

**MARK COUNTS, Sheriff, Sharp County**          **DEFENDANT**

## JUDGMENT

Rowe's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

29 January 2014