IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN D. ROWE                                                    PLAINTIFF

v.                              No. 1:13-cv-105-DPM

MARK COUNTS, Sheriff, Sharp County                         DEFENDANT

JUDGMENT

Rowe's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2014